UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

FILED/REC'D

2025 OCT 27 A 11:11

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

PAUL-MICHAEL ZIEGFIELD STARDUST,

    Plaintiff,

v.

ANGELA ROBERTS, SOCIAL WORKER ZANK, JARED HOY, MELISSA ROBERTS, sued in their individual capacities, and CITY OF FOND DU LAC,

    Defendants.

Case No.

25 CV 877 WMC

---

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

---

INTRODUCTION

Paul-Michael Ziegfield Stardust (hereinafter "Plaintiff") seeks injunctive relief against Angela Roberts, Social Worker Zank, Jared Hoy, Melissa Roberts and City of Fond Du Lac, for violation of Plaintiffs' rights under the United States Constitution and Wisconsin Constitution.

JURISDICTION & VENUE

1. This action is authorized by 42 U.S.C. § 1983 to redress the deprivation of rights secured by the Constitution of the United States. This Court has jurisdiction under 28 U.S.C. §§ 1343, 2201 and 2202. Plaintiff further request that the Court exercise supplemental jurisdiction over his state law claim(s).

2. The Western District Court of Wisconsin is the appropriate venue pursuant to 28 U.S.C. § 1391.

PARTIES

3. **PLAINTIFF** is a 77 years old man with serious medical conditions, including a pacemaker, that at times relevant to this suit was housed in the Wisconsin Department of Corrections (WDOC), assigned to Jackson Correctional Institution (JCI). Plaintiff is also presently appearing in this matter without counsel.

4. **DEFENDANT** Angela Roberts is currently Plaintiff's Supervision agent.

5. **DEFENDANT** Social Worker Zank was Plaintiff's social worker at JCI before his release in August 2025.

6. **DEFENDANT** Jared Hoy is the current Secretary of the WDOC.

7. **DEFENDANT** Melissa Roberts is the current Deputy Secretary of the WDOC.

8. **DEFENDANT** City of Fond du Lac is an entity in the State of Wisconsin.

FACTUAL ALLEGATIONS

9. Plaintiff spent 17 years in WDOC prior to his release in August 2025.

10. At the end of incarceration it is the responsibility of the social worker to find and assist prisoners with approved housing.

11. Despite Defendant Zank knowing the serious medical issues Plaintiff had, she still released him with nowhere to go.

12. Prior to Plaintiff's release, he submitted a request to be housed at a residence in the City of Fond du Lac, namely 444 Grove Street.

13. Ultimately Defendant City of Fond du Lac denied Plaintiff to live there because of a policy or custom they have, not letting convicted felons release to their city if they weren't a previous

2

resident in their city or that his crime was committed there.

14. Plaintiff's friends purchased that home in Fond du Lac in 2019, and moved his property from storage into the home.

15. Plaintiff also had that Grove Street address as his mailing address previous to release.

16. Even though Mr. Stardust had no dwelling to move into after release, the decision was made by Defendant Angela Roberts that Mr. Stardust, a 77 years old man with serious health issues, go live in the forest in a tent.

17. Plaintiff has had to deal with bears, hunters, and figure out how to charge his Global Positioning System (GPS) so he doesn't get violated for non-compliance, from the wilderness.

18. Upon Plaintiff's release he was forced to walk $11\frac{1}{2}$ miles each way to get to his agents office from the forest, in extreme heat, over 3 hours so he didn't violate his supervision immediately.

19. Defendants Jared Hoy, Melissa Roberts, and City of Fond du Lac, created, designed, and implemented policies, that were promulgated, and executed by other named defendants.

20. Plaintiff Stardust had had significant health consequences as a direct result in these Defendants acting in concert to deprive Plaintiff of adequate housing he has available to him.

21. Defendants Hoy and Melissa Roberts office was contacted to address Plaintiff's concerns in which he was told an investigator from WDOC would call him, to no avail.

22. Plaintiff has had Housing and Employment opportunities in Fond du Lac, Chippewa Falls, and Russ County, however he continues to be denied, citing it's not a proper setting for a newly release prisoner.

## PLAINTIFF'S ALLEGATIONS

23. Defendants all acting under the color of state law, violated his Constitutional Rights to be free from cruel and unusual punishment, Due Process of Law, Equal Protection of the law, inter alia, by executing their policies and customs to deprive Plaintiff basic sustenance.

24. Defendants prior to Plaintiffs release, acted with deliberate indifference to his serious medical needs by releasing him to the wilderness with serious medical issues.

## LEGAL CLAIMS

25. Plaintiff invokes his Eighth Amendment Right to be Free from Cruel and Unusual Punishment because of the Defendants acting with the sufficiently culpable state of mind prior to release.

26. Defendants' Negligence in the maltreatment to Mr. Stardust was unjustified and objectively unreasonable.

27. Mr. Stardust submits his Monell Liability Claim against Defendant City of Fond Du Lac for its policy and custom, which caused the deprivation of his Constitutional Rights.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

28. Plaintiff was release from Prison on August 12, 2025, wherein he is no longer bound by the prison litigation reform act which requires exhaustion.

## JURY TRIAL DEMAND

29. Plaintiff hereby demands a jury trial of no less than six citizens to have this matter determined.

PRAYER FOR RELIEF

30. Plaintiff seeks injuctive relief so that he may secure housing before inclement weather arrives.

31. Mr. Stardust had to endure a significant loss of monies due to the forest rangers continued movement of his belongings. he request relief for that.

**WHEREFORE** Plaintiff Paul-Michael Ziegfield Stardust respectfully prays this honorable court grant any releif it deems just and proper.

VERIFICATION

Plaintiff has read the foregoing complaint and hereby verifies that the matters alleged herein are true, except as to the matters alleged on information and belief, and as to those, Plaintiff beleives them to be true.

Plaintiff further declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Executed at Eagle River, Wisconsin this 12th day of October, 2025.

RESPECTFULLY SUBMITTED,

By: *paul-michael g. stardust*
Paul-Michael Stardust, Pro Se
General Delivery
Eagle River, WI 54521
(715) 891-8263